UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**COWBOY SPORTS AGENCY, LLC,**

   Plaintiff,

v.                                                                        No. 4:23-cv-0810-P

**UR M. JADDOU, ET AL.,**

   Defendant.

# ORDER

Before the Court are the Findings, Conclusions, and Recommendation ("FCR") of the United States Magistrate Judge in this case. ECF No. 22. Defendant failed to timely object to the Magistrate Judge's FCR.

Having therefore conducted a review of the Magistrate Judge's FCR for plain error, and finding none, the Court **AFFIRMS** the Magistrate Judge's findings for the reasons set forth in the FCR.

Accordingly, the Court **AFFIRMS** the Magistrate Judge's FCR (ECF No. 22), **ADOPTS** its reasoning, **DENIES** Plaintiff's Motion for Summary Judgment (ECF No. 11), and **GRANTS** Defendant's Cross-Motion for Summary Judgment (ECF No. 14).

**SO ORDERED** on this **25th day of January 2024.**

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE